AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

FILED
May 02, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Fidel Morales
DEPUTY

United States of America
v.

Case No. **EP:23-M-01188-MAT**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ______ in the county of ______ in the ______ District of ______, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |

This criminal complaint is based on these facts:

❒ Continued on the attached sheet.

Complaint sworn to telephonically on May 02, 2023 at 02:00 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

alexander medina
*Complainant's signature*

*Printed name and title*

Sworn to before me and signed in my presence.

Date:

*Judge's signature*

City and state:

*Printed name and title*

## ATTACHMENT "A"

On May 1, 2023, at approximately 12:21 p.m., El Paso County Sheriff's Office (EPCSO) deputies conducted a traffic stop of a Black Lincoln Navigator bearing Texas Registration SHY-5229 after committing numerous traffic violations. Subsequently, the driver of the aforementioned vehicle was identified as Andres CISNEROS (CISNEROS). During the traffic stop, deputies learned that CISNEROS had numerous outstanding warrants for his arrest.

Furthermore, EPCSO deputies deployed a canine to conduct an air sniff of CISNEROS vehicle in which the deputies witnessed the canine positively alert for the odor of narcotics emitting from within the vehicle. EPCSO deputies then conducted a hand search of the Black Lincoln Navigator and discovered a white shoe box in the back seat of the vehicle containing a white powdery substance inside of a clear plastic bag. Shortly thereafter, EPCSO deputies placed CISNEROS under arrest and contacted the Drug Enforcement Administration (DEA) for further investigation.

Subsequently, DEA agents arrived at the scene for further investigation and to conduct a post arrest interview of CISNEROS. Prior to any questioning, agents advised CISNEROS of his Miranda rights. CISNEROS advised agents both verbally and in writing that he understood his rights and voluntarily agreed to speak to agents without the presence of an attorney.

During the interview, CISNEROS explained to agents that prior to his encounter with law enforcement, he had received approximately (1) kilogram of cocaine from a co-conspirator. Furthermore, CISNEROS explained to agents that he was on his way to deliver approximately 500 grams of cocaine to another individual in El Paso, Texas so that the cocaine can be sold. The cocaine located inside of the vehicle weighed approximately 537 grams. Also, CISNEROS advised agents that he was in possession of approximately an additional 400 grams of cocaine that was stored at his residence. CISNEROS granted agents verbal and written consent to search his residence. Subsequently, agents went to CISNEROS residence and retrieved an additional 429 grams of a white powdery substance that was concealed in a black bag. The total weight of the cocaine was 966 grams. Furthermore, agents conducted a field test of the white powdery substance which returned positive for the characteristics of cocaine.

The facts of the investigation were presented to Assistant United States Attorney Phil Countryman, who accepted the case for prosecution in the Western District of Texas. Andres CISNEROS was transported to the El Paso County Detention Center to await his initial appearance.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation. I state that the following information is based on information provided to me by other agents, and it is true and correct to the best of my knowledge and belief.

alexander medina

DEA Special Agent Alexander A. Medina

SWORN to before me this May 2, 2023,

United States Magistrate Judge Miguel A. Torres